UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. **FILED: MAY 01, 2008** |
| ) | **08CV2482   AEE** |
| v. ) | **JUDGE LINDBERG** |
| ) | Judge **MAGISTRATE JUDGE SCHENKIER** |
| GLOBAL TELDATA II, LLC., ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

The United States, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, brings this action against the defendant, Global Teldata II, LLC., and for its cause of action states:

1.   This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1345.

2.   The defendant resides within the Northern District of Illinois.

3.   The defendant became indebted to the United States as set forth in the Certificate of Forfeiture attached as Exhibit "A" pursuant to 47 U.S.C. §§ 503 and 504.

4.   Although demand has been made for payment, there remains due and owing the principal sum of $236,774.00.

WHEREFORE, plaintiff demands judgment against the defendant as follows:

a.    in the amount of  $236,774.00, which represents  principal;

b.    interest from the date of judgment at the statutory rate pursuant to 28 U.S.C. §1961 until paid in full;

    c.    costs of suit, including but not limited to, a filing fee of $350.00, as authorized by 28 U.S.C. § 1914(a), and

    d.    for such other proper relief as this court may deem just.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Melissa A. Childs
  MELISSA A. CHILDS
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois  60604
  (312) 353-5331
  melissa.childs@usdoj.gov

FEDERAL COMMUNICATIONS COMMISSION
WASHINGTON, D.C.

CERTIFICATE OF FORFEITURE

**Violator(s) Name(s) and Address(es):**   Global Teldata II, LLC
4646 North Ravenswood Avenue
Chicago, Illinois 60640

**Total forfeiture assessed by FCC as of** October 1, 2007 **in the amount of** $236,774.00.
I certify that Federal Communications Commission records show that the violator named above has been ordered to pay to the United States the amount stated above.

This claim arose in connection with:

   Notice of Apparent Liability For Forfeiture released October 31, 2005
   Forfeiture Order released May 3, 2007

**CERTIFICATION:** Pursuant to 28 USC § 1746, I certify under penalty of perjury that the foregoing is true and correct.

1/4/08
(Date)

Susan L. Launer
Deputy Associate General Counsel

EXHIBIT A