FILED: MAY 01, 2008

08CV2482    AEE
JUDGE LINDBERG
MAGISTRATE JUDGE SCHENKIER

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s): UNITED STATES OF AMERICA**

County of Residence:

Plaintiff's Atty:   MELISSA A. CHILDS
Assistant U.S. Attorney
219 South Dearborn St.
Chicago, IL 60604
312/ 353-5331

**Defendant(s):  GLOBAL TELDATA II, LLC.**
4646 North Ravenswood Avenue
Chicago, IL 60640
County of Residence:  COOK

Defendant's Atty:

---

II. Basis of Jurisdiction:                **1  U.S. Gov't Plaintiff**

III. Citizenship of Principle
Parties **(Diversity Cases Only)**
                    Plaintiff:    **- N/A**
                    Defendant:   **- N/A**

IV: Origin:                          **1. Original Proceeding**

V: Nature of Suit:                  **690**

VI: Cause of Action:               **Communications Act, 47 U.S.C. §§ 503 and 504**

VII: Requested in Complaint
                 Class Action:   **No**
                 Dollar Demand:  **$236,774.00**
                 Jury Demand:   **No**

VIII. This case **Is Not** a refiling of a previously dismissed case.  (If yes case number ___ by Judge___)

Signature: s/Melissa A. Childs

Date: April 30, 2008                              **Revised: 03/10/99**