## United States District Court for the Northern District of Illinois

Case Number: 08cv2482                Assigned/Issued By: j. n.

Judge Name: LINDBERG            Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☑ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies  GOV'T            Date: 5-1-08

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __5-1-08__ as to __DEFENDANT__
                                      (Date)